IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| PAM INTERNATIONAL, INC., § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CASE NO. 4:07cv426 |
| KAM COACH, LLC, TERRY L. JAMES, § | |
| KERSH RISK MANAGEMENT, INC., § | |
| KAM ACCELEROMETER, INC., AND § | |
| GRANT K. JAMES, § | |
| Defendants. § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On April 14, 2008, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Move2Health Holding BV's (M2H) Motion to Intervene (Dkt. 13) be GRANTED and that M2H be permitted to intervene as a party in this suit.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, M2H's Motion to Intervene (Dkt. 13) is GRANTED, and M2H is permitted to intervene as a party in this suit.

**IT IS SO ORDERED.**

**SIGNED this 8th day of May, 2008.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE